IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | *<br>*<br>* |
| v<br>IVAN GONZALEZ TORRES<br>Defendant | * CASE: 00-CR-094-02 CC<br>*<br>*<br>* |

### MOTION FOR CONVENTIONAL FILING OF PETITION FOR REMISSION

TO THE HONORABLE COURT:

NOW COMES the United States of America represented by the undersigned attorneys and respectfully states as follows:

1. The Government has been trying to file via CM/ECF a Petition for Remission, copy attached hereto, to no avail because in doing so the system informed the following:

"Error. First parameter to rel PDF must be '(creator)' Please notify SA!"

WHEREFORE the United States of America, in accordance with Rule 5 of the Local Rules of the U.S. District Court of Puerto Rico and Standing Order No.1 of *In the matter of Electronic Case Filing*, misc. no 03-149 HL, hereby submits for conventional filing the instant motion together with the Petition for Remission attached hereto, in view of all the above.

At San Juan, Puerto Rico this 24th day of January, 2005.

H.S. GARCIA
UNITED STATES ATTORNEY

REBECCA VARGAS-VERA 203307
ASSISTANT U.S. ATTORNEY
Torre Chardon Suite 1201
350 Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
FAX(787) -771-4049