UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

United States of America,
  Plaintiff,

      v.

Ivan Gonzalez-Torres
Defendant

Case No. 00CR094-02(CC)

## PETITION FOR REMISSION

**TO THE HONORABLE COURT:**

Now come, the United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, November 18, 1988, for remission of the monetary imposition imposed in this case.

1.   On September 8, 2000 a judgment was entered in this Court against the above defendant, imposing a special monetary assessment of $100.00 and a fine of $2,500.00.

2.   According to information obtained defendant was deported on September 2002.

3.   Pursuant to 18 U.S.C § 3573 upon petition by the Government that reasonable efforts to collect the fine or assessment are not likely to be effective the court may, in the interest of justice, remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties.

4.   Public Law 100-690(November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statue shall apply to all fines and assessments, irrespective of the date of imposition.

5.   The United States Attorney has determined that there is

no reasonable likelihood that expending further efforts to

collect this fine would produce any revenue to the United States.

Any further efforts would, in fact, be contrary to the interests

of the United States because such efforts would needlessly expend

resources that could be better directed to areas with greater

potential for recovery.

**WHEREFORE**, the United States Attorney petitions this

Honorable Court for an order pursuant to 18 U.S.C. § 3573, as

amended, remitting the unpaid balance of the fine.

In San Juan, Puerto Rico, this <u>8th</u> day of December, 2004.

H. S. GARCIA
United States Attorney

REBECCA VARGAS VERA
Assistant U.S. Attorney
USDC Id No.  203307
Financial Litigation Unit
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR  00918
Tel. No. 766-5656