UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| United States of America, Plaintiff, | Case No. 00CR094-02(CC) |
|---|---|
| v. | |
| Ivan Gonzalez-Torres Defendant | |

### ORDER

Having this Court entertained plaintiff's Ex-Parte Motion for Petition for Remission, this Court hereby grants said request pursuant to 18 U.S.C. § 3573, as amended.

GRANTED AND SO ORDERED.

At San Juan, Puerto Rico this ____ day of _____ of _____.

_____
U.S. DISTRICT JUDGE