UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America,<br>  Plaintiff,<br><br>       v.<br><br>Ivan Gonzalez-Torres<br>Defendant | Case No. 00CR094-02(CC) |

### ORDER

Having this Court entertained plaintiff's Ex-Parte Motion for Petition for Remission, this Court hereby grants said request pursuant to 18 U.S.C. § 3573, as amended.

GRANTED AND SO ORDERED.

At San Juan, Puerto Rico this 26 day of January of 2005

_____
U.S. DISTRICT JUDGE
CARMEN CONSUELO CEREZO